## FOURTH DEPARTMENT, JANUARY, 1922.

In the Matter of the Application to Revoke the Probate of the Will of MARY A. LINE, Deceased.

IDA M. HANKIN and Others, Appellants; MARY E. HANDLEY and Others, Respondents.

*Appeal — review of order of surrogate refusing to open decree — when denied.*

Appeal from an order of the Surrogate's Court of Monroe county, entered on September 6, 1921.

PER CURIAM: We are concluded by the decision in *Matter of Gaffney* (116 App. Div. 583) which was affirmed by the Court of Appeals (189 N. Y. 503). No opinion was written in the Court of Appeals in the *Gaffney* case and that court may have regarded the order as discretionary and affirmed the same upon that ground, it not appearing in the order that it was made upon the ground of lack of power but it is apparent from the opinions in this court that the conclusion was reached by this court that there was such lack of power to grant the relief. All concur. Order affirmed, with ten dollars costs and disbursements, upon the ground that the surrogate had no power to open the decree.

CLEVELAND AND WESTERN COAL COMPANY, Plaintiff, v. BUFFALO STEEL COMPANY, Defendant.— Appeal dismissed, without costs, upon stipulation filed.

GEORGE R. TELLER, as Administrator, etc., of DAISY FLETCHER KING SMITH, Deceased, Plaintiff, v. SARA B. PARSONS and WILLOUGHBY STATHAM SMITH, Defendants.— Appeal dismissed, without costs, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOE GOTTS, Appellant.— Appeal dismissed upon stipulation filed.

FRANK A. TERRYBERRY, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.

SHERIDAN O. HUBBARD and Another, Appellants, v. BENEDICT BROOKS, as Executor, etc., of ERNEST A. DURFEE, Deceased, Respondent.— Motion granted and appeal dismissed, with costs.

EDWARD G. WILLIS, Appellant, v. CATHERINE I. HUDSON and Others, Respondents.— Motion granted and appeal dismissed, with costs.

ANNA COE WEBSTER and Others, Respondents, v. PETER G. FRUTCHEY and Others, Appellants.— Motion to dismiss appeal granted unless appellants shall file and serve printed briefs by January tenth and be ready for argument on January seventeenth.

WLADYSLAW GOBRYS, an Infant, etc., Respondent, v. UTICA GAS AND ELECTRIC COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed briefs by January tenth and be ready for argument on January seventeenth.

In the Matter of the Appointment of Hon. CHARLES B. WHEELER as an Official Referee.— Order entered, appointing Hon. Charles B. Wheeler, of Buffalo, as an official referee.